# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| James Hughey<br><br>    Plaintiff,<br><br>v.<br><br>States Pre-Disposition Services, Inc.<br><br>    Defendant. | CASE NO.: 08-cv-1628<br><br>JUDGE: Kocoras<br><br><br>**NOTICE OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

    Now comes Plaintiff, by and through counsel, and hereby dismisses the present action without prejudice pursuant to Fed. R. 41(a)(1)(A)(i). This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

    RESPECTFULLY SUBMITTED,

    LEGAL HELPERS, P.C.

    By: s/Timothy J. Sostrin
        Timothy J. Sostrin, Bar # 6290807
        233 S. Wacker Dr., Suite 5150
        Chicago, IL 60606
        Telephone: 312-753-7576
        Fax: 312-822-1064
        Email: tjs@legalhelpers.com
        Attorneys for Plaintiff

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2008, I served Defendant with a copy of the foregoing NOTICE OF DISMISSAL by depositing a copy of the same in the United States Mail, addressed as follows:

States Pre-Disposition Services, Inc.
c/o National Registered Agents, Inc., Registered Agent
3761 Venture Drive
Duluth, GA 30096

s/Timothy J. Sostrin